## Lee v. City of Gadsden, *et al.*

*Bill to Enjoin Selling Bonds.*

(Decided Feb. 17, 1906,   40 So. Rep. 351.)

APPEAL from Etowah Chancery Court.
Heard before Hon. W. W. WHITESIDE.
LEE, LEE & LEE, DORTCH, MARTIN & ALLEN and HOOD
& MURPHREE, for appellant.
H. C. DAVIS and J. A. BILBRO, for appellee.
TYSON, J.—Affirmed on the authority of *Mitchell v.
City of Gadsden,* 145 Ala. 132; 40 So. Rep. 350.

All the Justices concur.

## Cochran *v.* Perkins.

*Assumpsit.*

(Decided Feb. 17, 1906.   40 So. Rep. 351.)

APPEAL from Tuscaloosa County Court.
Heard before Hon. H. B. FOSTER.
HENRY FITTS, for appellent.
DANIEL COLLIER and M. T. ORMOND, for appellee.
Affirmed.
Opinion by ANDERSON, J.

HARALSON, DOWDELL, SIMPSON and DENSON, JJ., con-
cur.

## State, *ex rel* Perdue, *et al.*
## *v.* Abernathy.

*Quo Warranto.*

(Decided Feb. 8, 1906.   40 So. Rep. 353.)

APPEAL from Birmingham City Court.
Heard before Hon. CHARLES A. SENN.
POWELL & BLACKBURN, for appellant.
WARD & WARD, for appellee.
Reversed and remanded.
Opinion by TYSON, J.

DOWDELL, SIMPSON and ANDERSON, JJ., concur.
44